NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID DANIELS, JR.,                          )
                                             )
        Appellant,                      )
                                             )
v.                                           )          Case No. 2D17-3611
                                             )
STATE OF FLORIDA,                            )
                                             )
        Appellee.                       )
_____)

Opinion filed October 19, 2018.

Appeal from the Circuit Court for Collier
County; Christine Greider, Judge.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General, for
Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.